**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

NICOLE A. LANGDON,

      **Plaintiff,**

  **v.**
                                        **Civil Action 2:26-cv-248**
                                                **Judge Michael H. Watson**
                                                **Magistrate Judge Chelsey M. Vascura**

BONNIE LAURIE, *et al.*,

      **Defendants.**

**ORDER**

Plaintiff, Nicole A. Langdon, a resident of Toledo, Ohio, who is proceeding without the assistance of counsel, brings this action under 42 U.S.C. § 1983 for violation of her Fourteenth Amendment rights. (Compl., ECF No. 1-1.)

Plaintiff's Complaint advances claims arising in Toledo, Ohio. (*See* Compl. ¶ 6) ("[A]ll events occurred in Toledo, Lucas County, Ohio.") Accordingly, the bulk of the relevant witnesses and evidence will be located in Lucas County, which is served by the Northern District of Ohio. Venue in this Court is therefore not convenient for the parties or witnesses.

This action is therefore **TRANSFERRED** pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Ohio, Western Division at Toledo, which serves Lucas County. *See* N.D. Ohio Civ. R. 3.8(a).

      **IT IS SO ORDERED.**

                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE